UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TERRY LLOYD BROWN

VERSUS                                          CIVIL ACTION

DEPARTMENT OF HEALTH                            NUMBER 08-65-FJP-DLD
AND HOSPITAL, ET AL

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the plaintiff's complaint shall be DISMISSED as frivolous pursuant to 28 U.S.C. §1915 and without prejudice to any state law claim.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, November 12, 2008.

                                          FRANK J. POLOZOLA
                                        MIDDLE DISTRICT OF LOUISIANA

Doc#45599